# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN M. BETSINGER,
Appellant,
vs.
DHI MORTGAGE COMPANY, LTD., A
TEXAS LIMITED PARTNERSHIP,
Respondent.

No. 67502

FILED

MAR 1 8 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order awarding costs. Respondent argues in its answering brief that this court lacks jurisdiction over this appeal because the district court has not entered a final judgment following a new trial on punitive damages. Based on that argument and our review of the appendices and docketing statement, we ordered appellant to show cause why the appeal should not be dismissed for lack of jurisdiction, as it appears that the district court has not entered a final, appealable order and that the appeal from the costs award therefore would be premature. *See* NRAP 3A(b)(8) (allowing appeals from special orders after final judgment).

In his response to our show cause order, appellant argues that he has a final judgment against one of the other parties to the underlying district court action, who is not named in this appeal, and therefore the subsequently entered costs order is appealable. As respondent points out, however, the district court has not entered an appealable final judgment following the retrial on punitive damages, and thus, the appeal from the costs award is premature. NRAP 3A(b)(8); *Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000) (explaining that a final judgment

16-08659

resolves all of the parties' rights and liabilities, leaving nothing for the future consideration of the court). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc:    Hon. Kathleen E. Delaney, District Judge
Lansford W. Levitt, Settlement Judge
Feldman Graf
McDonald Carano Wilson LLP/Reno
McDonald Carano Wilson LLP/Las Vegas
Eighth District Court Clerk